United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THERESA MARIE MITFORD,

        Plaintiff,

   v.

KILOLO KIJAKAZI,

        Defendant.

Case No. 23-cv-01264-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Thomas S. Hixson to determine whether it is related to *Mitford v Berryhill*, Case No. 18-cv-03235-TSH.

**IT IS SO ORDERED**.

Dated: December 18, 2023

*Sallie Kim*
SALLIE KIM
United States Magistrate Judge